MM
F.# 2002R01296

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

HOWARD CHRISTOPHER NG YOU,
    also known as "Howard Small,"

        Defendant.

- - - - - - - - - - - - - - - - -X

ORDER OF DISMISSAL

CR 02 1116 (FB)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Max Minzner, and the defendant HOWARD CHRISTOPHER NG YOU, also known as "Howard Small," having no objection, it is hereby:

ORDERED that the Indictment filed in the above-captioned case against the defendant is dismissed with prejudice.

Dated: Brooklyn, New York
       August 29, 2005

HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK